IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00051 (WLS-TQL-1) |
| | : |
| ALPHONSO WHITE, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is Defendant's Unopposed Motion to Continue in the Interest of Justice (Doc. 20), which was filed on November 22, 2022. Therein, Defendant requests that the Court continue both the pretrial conference that is currently scheduled for December 13, 2022, and the specially set January 9, 2023, trial in this case to the next Valdosta trial term. (*Id.*) Defense Counsel explains that he needs additional time to review discovery and discuss possible defenses with his client. (*Id.*) Defense counsel has also conferred with the Government, which does not oppose this motion. (*Id.*)

The Court notes for the purposes of the record that this is the first time that a continuance has been requested in this matter by Defendant White. Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Unopposed Motion to Continue Trial and the Pretrial Conference this matter is **GRANTED**. (Doc. 20).

Accordingly, it is **ORDERED** that the December 13, 2022, pretrial conference for this case is **CANCELLED**, and the case is **CONTINUED** through the February 2023 Valdosta Division trial term and its conclusion, or as may otherwise be ordered by the Court. It is also **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial

in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __23rd__ day of November 2022.

>  /s/ W. Louis Sands
>  **W. LOUIS SANDS, SR. JUDGE**
>  **UNITED STATES DISTRICT COURT**