IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:22-CR-51 (WLS-TQL-1) |
| | : |
| ALPHONSO WHITE, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

The Court intends to notice this case for the February 2023 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Monday, December 19, 2022,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this 1st day of December, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1