IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:22-CR-51 (WLS-TQL-1) |
| ALPHONSO WHITE, | : |
| Defendant. | : |

## ORDER

Before the Court is a Response filed by Defendant Alphonso White (Doc. 23) to this Court's Order to Confer (Doc. 22). Defense Counsel states that Parties have conferred regarding the case and that Defense Counsel needs to continue to review discovery, investigate, and review the plea agreement proposed by Government as well as consider defenses. (Doc. 23). Defense Counsel also notes that Parties have not had sufficient time to negotiate a pretrial resolution of the matter. (*Id.*)

Yet, Defense Counsel did not specifically request a continuance in his Response. (*Id.*) Thus, if additional time is needed to continue with discovery and analysis, the Parties are **ORDERED** to file a Motion to Continue by **no later than close of business, Tuesday, December 27, 2022.** Otherwise, the case is noticed for the Valdosta February 2023 trial term, beginning on February 6, 2023.

**SO ORDERED**, this 20th day of December, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1