**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CR-51 (WLS-TQL-1) |
| | : | |
| ALPHONSO WHITE | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Court intends to notice this case for the August 2023 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, June 12, 2023,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this <u>22nd</u> day of May, 2023.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1