**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:22-CR-51 (WLS-TQL-1) |
| ALPHONSO WHITE, | : |
| Defendant. | : |

**ORDER**

Before the Court is an Unopposed Motion to Cancel the Pretrial Conference and Schedule a Change of Plea Hearing Date (Doc. 34), filed by the Defendant on June 16, 2023. Therein, Defendant requests the Court to cancel the pretrial conference that is currently scheduled for June 28, 2023, as well as its presently scheduled August 2023 trial term, and instead, schedule a date for a change of plea hearing. (*Id.*) Defendant further states that the Parties have negotiated, and Defendant has decided to plead guilty to Count One of the Indictment. (*Id.*)

Based on the stated reasons, Defendant's Motion (Doc. 34) is **GRANTED**. The pretrial conference is hereby **CANCELED**. The Court will set a time and date for the change of plea hearing by a separate order or notice.

**SO ORDERED**, this   20th   day of June, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1